# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-059-FDW-DCK

| | |
|---|---|
| SHARDAYA COHEN,<br>Individually and on behalf of all others<br>similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>SILVERTON INTERNATIONAL, LLC,<br>d/b/a CAMEO OF CHARLOTTE, DAMON<br>WOOLUMS, and SIRINITY (LAST NAME<br>UNKNOWN),<br><br>        Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 5) filed by Charles H. Rabon, Jr., concerning Collin J. Wynne on February 1, 2018. Mr. Jeremi K. Young seeks to appear as counsel *pro hac vice* for Plaintiff, Shardaya Cohen, Individually and on behalf of all others similarly situated. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 5) is **GRANTED.** Mr. Collin J. Wynne is hereby admitted *pro hac vice* to represent Plaintiff, Shardaya Cohen, Individually and on behalf of all others similarly situated.

**SO ORDERED**.

Signed: February 7, 2018

David C. Keesler
United States Magistrate Judge