# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:18-CV-059-FDW-DCK

| | |
|---|---|
| SHARDAYA COHEN, Individually and on behalf of all others similarly situated, ) ) ) **Plaintiff,** ) ) v. ) ) SILVERTON INTERNATIONAL, LLC, d/b/a ) CAMEO OF CHARLOTTE, DAMON ) WOOLUMS, and SIRINITY (LNU), ) ) **Defendant.** ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case. The undersigned observes that the Court allowed Plaintiff leave to conduct early discovery; since then, there has been no activity in this case. See (Document Nos. 19 and 20).

**IT IS, THEREFORE, ORDERED** that the parties shall file a Status Report, jointly if possible, on or before **February 22, 2019**.

**SO ORDERED**.

Signed: February 7, 2019

David C. Keesler
United States Magistrate Judge