IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

SHARDAYA COHEN, Individually and
On Behalf of all Others Similarly
Situated,

    Plaintiffs,

v.

SILVERTON INTERNATIONAL, LLC,
d/b/a CAMEO OF CHARLOTTE,
DAMON WOOLUMS, and SIRINITY
(LAST NAME UNKNOWN),

    Defendants.

Case No.: 3:18-cv-59-FDW-DCK

**PLAINTIFF'S MOTION OF ENTRY OF DEFAULT JUDGMENT**

## FED. R. CIV. P. 55 MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff SHARDAYA COHEN, Individually and on behalf of all others similarly situated, requests an Entry of Default Judgment against Defendants SILVERTON INTERNATIONAL, LLC, d/b/a CAMEO OF CHARLOTTE and DAMON WOOLUMS, pursuant to Rule 55 of the Federal Rules of Civil Procedure, and in support of the Motion, shows the Court:

### SUMMARY

1.    In this lawsuit for unpaid minimum and overtime wages, Plaintiff moves this Court to enter default judgment against the Defendants Damon Woolums and Silverton International, LLC d/b/a Cameo of Charlotte.[1] Defendants failed to file a responsive pleading or otherwise defend this action. On May 10, 2018, the Clerk filed an Entry of Default as to both

---

[1] Plaintiff does not seek default judgment as to Defendant Sirinity (LNU).

1

defendants, Damon Woolums and Silverton International, LLC d/b/a Cameo of Charlotte. [Doc. 18].

## BACKGROUND

2. This lawsuit asserts claims of violations of the Fair Labor Standards Act ("FLSA") and the North Carolina Wage and Hour Act ("NCWHA"). *See* 29 U.S.C. § 203(m), § 206. [Doc. 1]. The original Complaint was filed on January 31, 2018, and summonses were issued by the Clerk for service on Silverton International, LLC d/b/a Cameo of Charlotte and Damon Woolums on February 1, 2018. [Doc. 3].

3. On February 8, 2018, Silverton International, LLC d/b/a Cameo of Charlotte was served with the summons and Complaint by Certified Mail, Return Receipt Requested. [Doc. 9].

4. On February 10, 2018, Damon Woolums was served with the summons and Complaint, in person, at his residence. [Doc. 10].

5. On May 10, 2018, the Clerk filed an Entry of Default as to both defendants. [Doc. 18].

6. Plaintiff contemporaneously submits her Memorandum of Law in Support of this Motion, with Exhibits, in a separate pleading.

7. Plaintiff submits the Servicemembers Civil Relief Act Affidavit as Exhibit 1 to this Motion.

## PRAYER

For these reasons, Plaintiff moves for entry of judgment for back pay, liquidated damages and attorneys' fees and expenses in the total amount of $266,430.78.

Dated: May 3, 2019.

2

Respectfully submitted,

YOUNG & NEWSOM, PC

By: /s/ Jeremi K. Young
Jeremi K. Young, TX SBN 24013793
Collin J. Wynne, TX SBN 24068815
1001 S. Harrison, Suite 200
Amarillo, Texas 79101
Tel: (806) 331-1800
Fax: (806) 398-9095
jyoung@youngfirm.com
collin@youngfirm.com

Charles H. Rabon, Jr.
N.C. State Bar No. 16800
crabon@usfraudattorneys.com
Gregory D. Whitaker
N.C. State Bar No. 51065
gwhitaker@usfraudattorneys.com
RABON LAW FIRM, PLLC
225 E. Worthington Ave., Suite 100
Charlotte, NC 28203
Tel: (704) 247-3247
Fax: (704) 208-4645

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on the date listed below Plaintiff Shardaya Cohen's **MOTION FOR ENTRY OF DEFAULT JUDGMENT** was filed with the Clerk of Court by using the ECF system, which will send Notice of Electronic Filing to all participants in the case who are registered users.

Additionally, this **MOTION FOR ENTRY OF DEFAULT JUDGMENT** was served via electronic mail to Damon Woolums at woolums1999@yahoo.com.

Dated: May 3, 2019.

By: /s/ Jeremi K. Young
    Jeremi K. Young

3